DOC NO
REC'D/FILED

2021 JAN 28 AM 10: 20

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# ATTACHMENT 1

# COMPLAINT FORM

## (for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

Sidney Coleman

Lakesha Johnson

Timothy Coleman

vs

(Full name of defendant(s))

Eau Claire Police Department

City of Eau Claire

State of Wisconsin

Case Number:

21-cv-65-wmc

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of __Alabama__ and resides at
(State)

__1300 Gulfport Street, Birmingham, AL 35224__
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

## Additional Plaintiffs

Plaintiff, Lakesha Johnson, is a citizen of Alabama and resides at 1300 Gulfport Street, Birmingham, AL 35224.

Plaintiff, Timothy Coleman, is a citizen of Wisconsin and resides at 2325 Columbus Lane, Madison, WI 53704.

Plaintiff, K.L.C., is a citizen of Alabama and resides at 1300 Gulfport Street, Birmingham, AL 35224.

Plaintiff, C.L.C., is a citizen of Alabama and resides at 1300 Gulfport Street, Birmingham, AL 35224.

Plaintiff, S.L.C., is a citizen of Alabama and resides at 1300 Gulfport Street, Birmingham, AL 35224.

Plaintiff, K.L.C., is a citizen of Alabama and resides at 1300 Gulfport Street, Birmingham, AL 35224.

## Additional Defendants

Defendant John F. Manydeeds is a citizen of Wisconsin and worked for State of Wisconsin.

Defendant Jon M. Theisen is a citizen of Wisconsin and worked for State of Wisconsin.

Defendant Angela L Beranek is a citizen of Wisconsin and worked for State of wisconsin.

Defendant Kelly Mandelstein is a citizen of Wisconsin and worked for State of wisconsin

Defendant Officer Vang is a citizen of Wisconsin and worked for Eau Claire Police Department.

Defendant John Doe 1 is a citizen of wisconsin and worked for State of Wisconsin.

Defendant John Doe 2 is a citizen of Wisconsin and worked for State of wisconsin.

Defendant John Doe 3 is a citizen of wisconsin and worked for Eau Claire Police Department.

Defendant John Doe 4 is a citizen of wisconsin and worked for Eau Claire police Department.

Defendant John Doe 5 is a citizen of wisconsin and worked for Eau claire police Department.

Defendant John Doe 6 is a citizen of wisconsin and worked for Eau claire Police Department.

2.    Defendant  Sam Sperry

(Name)

is (if a person or private corporation) a citizen of  Wisconsin

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Eau Claire Police Department

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On Monday, October 7, 2019, in the city of Eau Claire, Eau Claire County, Wisconsin, Sam Sperry racially profiled Sidney Coleman and Timothy Coleman as being drug dealers, after observing Timothy sitting in the passenger seat of a car, (outside of Sidney's hotel room #212 at the Regency Inn and Suites where Sidney, Lakesha, ███████, K.L.C., C.L.C., S.L.C., and K.L.C were residing) and Sidney Walking out of the hotel room and get into the car,

Attachment One (Complaint) – 2

Sidney proceeded to drive towards their destination and was illegally stopped by Sam Sperry, officer Vang, John Doe 3, John Doe 4, John Doe 5, and John Doe 6 for supposely running a red traffic light. Sidney pulled the car to the side of the road. Sam Sperry, John Doe 3, John Doe 4, John Doe 5, John Doe 6, and officer Vang directed their guns at Sidney and Timothy, who were both arrested after complying with the officers forceful demands. Sidney and Timothy answered all of the officers' questions and made it clear that no consent was being given for the officers to search the car or their person. The officers illegally took the keys from Sidney's pants pocket and proceeded to illegally search the car. The search resulted in 1.1 grams of (amphetamines), in the form of 2 extacy pills, and 2.41 grams of marijuanna. Based on the result of the illegal search and their criminal records, the officers fabricated their evidence and statements to charge Sidney (and) Timothy with possession of THC, possession of (methamphetamine), Sidney with carrying

a concealed weapon, and Timothy with possession of drug paraphernalia. Sidney and Timothy were placed in the Eau Claire County Jail with no bond awaiting a court date. Sidney was also placed on a parole hold by his parole agent. Meanwhile, the officers, once again, frabricated their evidence to receive an illegal search warrant for Sidney's hotel room, with the approval of John Doe 1.

At 1:54 AM on 10/8/19, the officers banged on room 212 door awaking and frightening Lakesha, K.L.C., C.L.C., S.L.C., and K.L.C. Lakesha complied with the officers' forceful demands and opened the door, to be faced with multiple guns being aimed at her and her children. Lakesha again complied with the officers forceful demands and gathered her four children to leave the room so that the officers could perform their illegal search. The illegal search resulted in a glass bong with burnt marijuanna residue in it and a metal grinder, which was both confiscated by the officers.

Angela L. Beranek approved of the false charges against Sidney and Timothy, although the evidence did not support the charges, and forced Sidney and Timothy to defend themselves against false felony charges. Angela L. Beranek also offered Sidney and Timothy plea deals for the false charges in attempt to get them both to plea guilty, with assistance from Kelly Mandelstein who assisted Angela L. Beranek throughout this corrupt process.

Sidney and Timothy both were forced to appear, on many occasions in the courtrooms of John F. Manydeeds, Jon M. Theisen, and John Doe 2 to defend themselves. Sidney and Timothy, on numerous occasions, informed

the judges of the corruption that had and was taking place, but those three judges disregarded their information and (overlooked) the false charges and evidence. Sidney and Timothy was both forced to make court appearances. Ultamately, all charged were dismissed, out of nowhere, against Sidney, including the traffic violation. Timothy, eventually, plead guilty after accumulating more unrelated charges that were consolidated with the false charges.

This entire corrupted process has caused an enormous amount of emotional and mental stress for all plaintiffs in this matter. Sidney earned a negative reputation because of this corruption and slandering of his name, which resulted in his business productivity declining. Sidney and Lakesha were both forced to vacate the hotel, with their four children, because of this corrupt process. This caused great stress and costed unexpected money. They eventually became homeless and on the street with their kids, because of this corrupt situation. Ultamatly, moving to Alabama. Timothy became mentally ill, because of this corrupt situation and was committed to the hospital.

C.    JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiffs are each requesting monetary and punitive damages in the sum of $1,000,000 from each seperate defendant. Plaintiffs are also requesting that the defendants be ordered not to work in the law enforcement field until undergoing more training as seen approiate by the court.

Attachment One (Complaint) – 4

DOC NO
REC'D/FILED

E.    JURY DEMAND

2021 FEB -1  AM II: 12

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

[✓]  Jury Demand - I want a jury to hear my case
           OR

[ ]  Court Trial – I want a judge to hear my case

Dated this  13th  day of  January         20 21 .

Respectfully Submitted,

*Sidney Coleman*

Signature of Plaintiff

(205) 519 - 1853

Plaintiff's Telephone Number

bluice6060@gmail.com

Plaintiff's Email Address

1300 Gulfport Street

Birmingham, AL 35224

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✓]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5

Additional Signatures

Lakesha
(205) 953-0717
lakeshajohnson087@gmail.com
1300 Gulfport Street
Birmingham, AL 35224

Timothy Coleman
(608) 220-7172
Colemantimothy343@gmail.com
2325 Columbus Lane, Apt. #3
Madison, WI 53704