IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SIDNEY L. COLEMAN, LAKESHA JOHNSON, and
TIMOTHY COLEMAN,

                Plaintiffs,

  v.

EAU CLAIRE POLICE DEP'T, CITY OF EAU CLAIRE,
STATE OF WISCONSIN, JOHN F. MANYDEEDS,
JON M. THEISEN, ANGELA L. BERANEK, KELLY
MANDELSTEIN, OFFICER VANG, JOHN DOE 1,
JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN
DOE 5, and JOHN DOE 6,

                Defendants.

OPINION and ORDER

21-cv-65-wmc[1]

---

Plaintiffs Sidney L. Coleman and Lakesha Johnson and purported plaintiff Timothy Coleman are appearing pro se in this matter. On August 25, 2022, I ordered Timothy Coleman to file a notice stating whether he wished to proceed in this case and to pay the filing fee or file a motion to proceed in forma pauperis. Dkt. 8. The order set a deadline of September 15, 2022. The order was returned as undeliverable for Lakesha Johnson and Timothy Coleman, who had different addresses when the complaint was filed. On September 13, 2022, the clerk of court found an updated address for Timothy Coleman and mailed the August 25 order to that address. No forwarding address was provided or located for Lakesha Johnson. Because Lakesha Johnson has not provided an updated address, I will dismiss her as a plaintiff for failure to prosecute. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593 (7th Cir. 2008) ("[A]ll litigants, including pro se litigants, are responsible for maintaining communication with

---

[1] I am exercising jurisdiction over this case solely for screening purposes.

the court and monitoring the status of their lawsuit as necessary."). Also, because the clerk of court recently mailed the August 25 order to Timothy Coleman, I will give him more time to respond.

ORDER

IT IS ORDERED that:

1. Lakesha Johnson is DISMISSED as a plaintiff for failure to prosecute.

2. Timothy Coleman may have until October 5, 2022 to file a signed notice stating that he wishes to represent himself in this case. Also, the notice must list Timothy Coleman's address on January 13, 2021 (i.e., the date on which the complaint is signed).

3. Timothy Coleman may have until October 5, 2022 to submit the $402 filing fee or a motion to proceed in forma pauperis. The clerk of court is directed to send Timothy Coleman a copy of the court's non-prisoner form to proceed in forma pauperis.

4. All other provisions of the court's August 25 order shall remain in full force and effect.

5. If Timothy Coleman fails to comply with the August 25 order or this order, I will dismiss him as a party to this case.

6. It is plaintiffs' obligation to inform the court of any new address. If they fail to do this and defendants or the court are unable to locate them, their claims may be dismissed for his failure to prosecute them.

Entered September 14, 2022.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge