IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SIDNEY L. COLEMAN and TIMOTHY COLEMAN,

    Plaintiffs,

v.

EAU CLAIRE POLICE DEP'T, CITY OF EAU CLAIRE, STATE OF WISCONSIN, JOHN F. MANYDEEDS, JON M. THEISEN, ANGELA L. BERANEK, KELLY MANDELSTEIN, OFFICER VANG, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, and JOHN DOE 6,

    Defendants.

ORDER

21-cv-65-wmc[1]

---

Plaintiff Sidney L. Coleman and purported plaintiff Timothy Coleman are appearing pro se in this matter. On August 25, 2022, I ordered Timothy Coleman to file a notice stating whether he wished to proceed in this case and to pay the filing fee or file a motion to proceed in forma pauperis. Dkt. 8. On September 15, 2022, I gave Timothy Coleman until October 5, 2022, to comply with that order. Dkt. 11. I cautioned Timothy Coleman that I would dismiss him as a plaintiff if he did not comply with my orders. *See* Dkt. 8 at 5; Dkt. 11 at 2. Timothy Coleman has not complied with those orders. Nor has he moved for an extension of time or otherwise tried to justify his failure to do so. I will dismiss him as a plaintiff.

ORDER

IT IS ORDERED that:

1. Timothy Coleman is DISMISSED as a plaintiff.

---

[1] I am exercising jurisdiction over this case solely for screening purposes.

2. The clerk is directed to send plaintiffs a copy of this order.

Entered October 17, 2022.

                                          BY THE COURT:

                                          /s/

                                          _____

                                          JAMES D. PETERSON
                                          District Judge